# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**DAVID STAFFORD**                                                            **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO. 3:08CV736 TSL-JCS**

**ROBERTS BROADCASTING COMPANY
OF JACKSON, MS, LLC AND ROBERTS
BROADCASTING USA, LLC**                                     **DEFENDANT**

## ORDER OF DISMISSAL WITH PREJUDICE

This cause came on for hearing on the motion, <u>ore tenus</u>, of the parties for the entry of an order of dismissal of this lawsuit with prejudice. The Court, having considered said motion, finds that the parties have reached a compromise and settlement of this cause, so that there remain no issues to be tried or determined by this Court. The Court being otherwise fully advised in the premises, is of the opinion, and so finds, that said motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Complaint herein be, and the same is hereby, dismissed with prejudice, with each party to bear its own costs and attorneys' fees; provided, however, that the Court retains jurisdiction to enforce the "Confidential Settlement Agreement and General Release" between the parties.

**SO ORDERED AND ADJUDGED,** this the 21st day of December, 2009.

                                    /s/Tom S. Lee
                                    UNITED STATES DISTRICT COURT JUDGE

**APPROVED AS TO FORM AND CONTENT**:

s/*Louis H. Watson, Jr.*                      s/*Timothy M. Threadgill*
LOUIS H. WATSON, JR.                     TIMOTHY M. THREADGILL
MS Bar Number 9053                        MS Bar Number 8886
Attorney for Plaintiff                            Attorney for Defendants

Jackson 4652024v1